**Shirley Ree SMITH, Petitioner–Appellant,**

**v.**

**Javier CAVAZOS,\* Acting Warden, Respondent–Appellee.**

No. 04–55831.

United States Court of Appeals, Ninth Circuit.

Feb. 3, 2012.

Michael Joseph Brennan, Esquire, Manhattan Beach, CA, for Petitioner–Appellant.

Richard T. Breen, Esquire, Kristofer Jorstad, AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

·Before: HARRY PREGERSON and WILLIAM C. CANBY, JR., Circuit Judges, and EDWARD C. REED, JR.,\*\* Senior District Judge.

**ORDER**

In accordance with the opinion and judgment of the Supreme Court of the United States in *Cavazos v. Smith*, —— U.S. ——, 132 S.Ct. 2, 181 L.Ed.2d 311 (2011), *pet. for rehearing denied*, —— U.S. ——, 132 S.Ct. 1077, 181 L.Ed.2d 794, 2012 WL 33757 (U.S. Jan. 9, 2012), the judgment of

the district court denying Smith's petition for a writ of habeas corpus is

**AFFIRMED.**